```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SEZAR MORALES LINARES,                                       :
                                      Plaintiff,             :
                                                             :        22 Civ. 3260 (LGS)
            -against-                                        :
                                                             :               ORDER
EL PORTON BAR & RESTAURANT CORP.,                            :
et al.                                                       :
                                      Defendants.            :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order a joint status letter was due August 29, 2022.  (Dkt. No. 16.)

WHEREAS, no such joint status letter was filed.  It is hereby

**ORDERED** that by **September 2, 2022**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: August 30, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE