UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SEZAR MORALES LINARES,                                    Civil Action No.: 1:22-CV-3260

        Plaintiff,

    - against –                                                                  **JUDGMENT**

EL PORTON BAR & RESTAURANT CORP.
RAFAEL MERLIN, and MEYLEN ENG,

        Defendants.
------------------------------------------------------------------X

    WHEREAS on or about November 14, 2022, Defendants EL PORTON BAR & RESTAURANT CORP., RAFAEL MERLIN and MEYLEN ENG extended to Plaintiff SEZAR MORALES LINARES an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00), and whereas said Plaintiff accepted said offer on or about November 28, 2022.

    JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00).

Dated: New York, New York

    __December 2__ , 2022

                                                _____
                                                JUDGE JENNIFER L. ROCHON, U.S.D.J.